1  MANATT, PHELPS & PHILLIPS, LLP
   GREGORY N. PIMSTONE (Bar No. CA 150203)
2  ANDREW L. SATENBERG (BAR NO. CA 174840)
   11355 West Olympic Boulevard
3  Los Angeles, CA  90064-1614
   Telephone:    (310) 312-4000
4  Facsimile:    (310) 312-4224

5  Attorneys for Defendant
   California Physicians' Service,
6  dba Blue Shield Of California

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No.  C 05 1229 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION  TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. C05 1229 CRB**

1  WHEREAS, a Case Management Conference in the above-captioned matter is currently
2  set for July 1, 2005.
3  WHEREAS, Plaintiff Richard P. Wells filed a First Amended Complaint ("FAC") in this
4  matter on June 15, 2005.
5  WHEREAS, Defendant, California Physician Service, dba Blue Shield of California
6  ("Blue Shield"), intends to file a Motion to Dismiss and Motion to Strike with respect to the FAC,
7  which may resolve some, if not all, of the issues raised in the FAC.
8  WHEREAS the parties believe that good cause exists for a sixty (60) day continuance of
9  the Case Management Conference, in that a continuance will serve the interests of judicial
10  economy by offering an opportunity for Blue Shield's Motion to Dismiss and Motion to Strike to
11  be filed and heard prior to the Case Management Conference, thus clarifying the issues that
12  remain in dispute in advance of the Case Management Conference.
13  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and
14  Defendant, through their respective attorneys of record, that the Case Management Conference in
15  this action, currently set for July 1, 2005, be continued for a period of approximately 60 days, to
16  September 9, 2005, at 8:30 a.m., or as soon thereafter as the Court may be deem appropriate.
17  Plaintiff and Defendant further stipulate and agree that this Stipulation may be signed in
18  counterparts, and facsimile signatures shall have the same force and effect as originals.
19  This request is not being made for the purposes of delay.

IT IS SO STIPULATED.

                                              MANATT, PHELPS & PHILLIPS, LLP
                                              GREGORY N. PIMSTONE
                                              ANDREW L. SATENBERG

Dated: June 27, 2005                    By: s/ Andrew L. Satenberg
                                                  Andrew L. Satenberg
                                                  *Attorneys for Defendant*
                                                  CALIFORNIA PHYSICIANS' SERVICE,
                                                  dba BLUE SHIELD OF CALIFORNIA


                                              BENJAMIN FRANKLIN LEGAL
                                              FOUNDATION

Dated: June 27, 2005                    By: s/ James B. Rhoads
                                                  James B. Rhoads
                                                  *Attorney for Plaintiff*
                                                  RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew L. Satenberg hereby attests that concurrence in the filing of this document has been obtained.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Case Management Conference in this action, currently set for July 1, 2005, be continued to October 7, ~~September 9,~~ 2005 at 8:30 a.m.

Date: June 27, 2005

THE HONORABLE CHARLES R. BREYER

[APPROVED — Charles R. Breyer, United States District Court, Northern District of California seal]

40894802.1

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. C05-1229 CRB

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES