| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | GREGORY N. PIMSTONE (Bar No. CA 150203) |
| 2 | ANDREW L. SATENBERG (BAR NO. CA 174840) |
| | 11355 West Olympic Boulevard |
| 3 | Los Angeles, CA  90064-1614 |
| | Telephone:      (310) 312-4000 |
| 4 | Facsimile:       (310) 312-4224 |
| 5 | Attorneys for Defendant |
| | California Physicians' Service, |
| 6 | dba Blue Shield Of California |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children, | Case No.  C 05 1229 CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |
| vs. | |
| CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA, | [Local Rule 6-1] |
| Defendants. | |

    WHEREAS, the Plaintiff Richard P. Wells and Defendant, California Physician Service, dba Blue Shield of California, have agreed that the time for Defendant to respond or otherwise plead to the Plaintiff's First Amended Complaint be extended to July 19, 2005;

    NOW, THEREFORE, it is hereby stipulated and agreed to by Plaintiff and Defendant, through their respective attorneys of record, that the time for Defendant to respond or otherwise plead to the First Amended Complaint be extended to July 19, 2005.

    Plaintiff and Defendant further stipulate and agree that this Stipulation may be e-filed or signed in counterparts, and facsimile signatures shall have the same force and effect as originals.

1   IT IS SO STIPULATED.

2

3                                               MANATT, PHELPS & PHILLIPS, LLP
                                                GREGORY N. PIMSTONE
4                                               ANDREW L. SATENBERG

5

    Dated:  June 29, 2005            By:        s/ Andrew L. Satenberg
6                                               Andrew L. Satenberg
                                                *Attorneys for Defendant*
7                                               CALIFORNIA PHYSICIANS' SERVICE,
                                                dba BLUE SHIELD OF CALIFORNIA
8

9

10                                              BENJAMIN FRANKLIN LEGAL
                                                FOUNDATION
11

12

13  Dated:  June 29, 2005            By:        s/ James B. Rhoads
                                                James B. Rhoads
14                                              *Attorney for Plaintiff*
                                                RICHARD P. WELLS
15

16  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,
    Andrew L. Satenberg hereby attests that concurrence in the filing of this document has been
17  obtained.*

18

19                                   **ORDER**

20      IT IS SO ORDERED.

21

22

23  Date:   June 29, 2005

24                                   THE HONORABLE CHARLES BREYER

25

26  40895571.1

27

28

                                         2

**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT – CASE NO. C 05 1229 CRB**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES