| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | GREGORY N. PIMSTONE (BAR NO. CA 150203) |
| | ANDREW L. SATENBERG (BAR NO. CA 174840) |
| 3 | TRAVIS A. CORDER (BAR NO. CA PENDING) |
| | 11355 West Olympic Boulevard |
| 4 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 5 | Facsimile: (310) 312-4224 |

Attorneys for Defendant
California Physicians' Service,
dba Blue Shield Of California

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children, | Case No. C 05 1229 CRB |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FRCP 26 SCHEDULE; [PROPOSED] ORDER THEREON** |
| vs. | |
| CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA, | |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FRCP 26 SCHEDULE**

1 | WHEREAS, a Case Management Conference in the above-captioned matter is currently
2 | set for October 7, 2005.
3 | WHEREAS, September 23, 2005 is currently the parties' last court day to file the required
4 | joint case management statement.
5 | WHEREAS, pursuant to Fed. R. Civ. P. 26(f), September 30, 2005 is currently the parties'
6 | deadline for the submission of initial disclosures and the case discovery plan.
7 | WHEREAS, on July 19, 2005, Defendant, California Physicians' Service, dba Blue Shield
8 | of California ("Blue Shield"), filed a Notice of Motion to Dismiss and Notice of Motion to Strike
9 | with respect to the Plaintiff's First Amended Complaint ("FAC"), which may resolve some, if not
10 | all, of the issues raised in the FAC.
11 | WHEREAS, the hearing on Defendant's motions was previously scheduled for August 26,
12 | 2005.
13 | WHEREAS, on August 3, 2005, the parties filed a stipulation (and proposed order)
14 | (Docket No. 23)that the time for Plaintiff to oppose Defendant's motions would be extended until
15 | August 26, 2005; that the time for Defendant's reply to Plaintiff's opposition would be extended
16 | to September 16, 2005; and agreeing among themselves and requesting that the date for the
17 | hearing upon Defendant's motions be extended from August 26, 2005 to October 7, 2005.
18 | WHEREAS, pursuant to the August 5, 2005 Order of this Court (Docket No. 24), the
19 | hearing upon Defendant's motions is now set for October 7, 2005.
20 | WHEREAS, the parties believe that good cause exists for a forty-five (45) day
21 | continuance of the Case Management Conference beyond its presently scheduled October 7, 2005
22 | date, in that a continuance will serve the interests of judicial economy by offering an opportunity
23 | for Blue Shield's Motion to Dismiss and Motion to Strike to be heard prior to the Case
24 | Management Conference, thus clarifying and perhaps limiting the issues that remain in dispute in
25 | advance of the Case Management Conference.
26 | WHEREAS, the parties believe that good cause exists for a forty-five (45) day
27 | continuance of the deadline for submission of discovery plan and initial disclosures pursuant to
28 | Fed. R. Civ. P. 26(f) beyond the present September 30, 2005 deadline, because a continuance will

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FRCP 26 SCHEDULE**

serve the interests of judicial economy and will clarify and limit the scope of discovery by offering an opportunity for Blue Shield's Motion to Dismiss and Motion to Strike to be heard prior to the triggering of the parties' respective Rule 26(f) duties, thus clarifying the issues that remain in dispute in advance of the commencement of discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that:

1. The Case Management Conference in this action, currently set for October 7, 2005, be continued for a period of approximately 45 days, to November 18, 2005, at 8:30 a.m., or as soon thereafter as the Court may deem appropriate.

2. The deadline for initial disclosures and submission of discovery plan, pursuant to Fed. R. Civ. P. 26(f), which is currently September 30, 2005, be continued for a period of approximately 45 days, to November 11, 2005, or as soon thereafter as the Court may deem appropriate.

Plaintiff and Defendant further stipulate and agree that this Stipulation may be e-filed or signed in counterparts, and facsimile signatures shall have the same force and effect as originals.

This request is not being made for the purposes of delay.

Plaintiff and Defendant jointly request that the Court enter an order in conformance with their stipulation (see attached proposed order).

IT IS SO STIPULATED.

Dated August 22, 2005

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ANDREW L. SATENBERG

By: s/ Andrew L. Satenberg
    Andrew L. Satenberg
*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE,
dba BLUE SHIELD OF CALIFORNIA

Dated August 22, 2005

BENJAMIN FRANKLIN LEGAL FOUNDATION

By: s/ James B. Rhoads
    James B. Rhoads
*Attorney for Plaintiff*
RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew L. Satenberg hereby attests that concurrence in the filing of this document has been obtained.*

# ORDER

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT

1. The Case Management Conference in this action, currently set for October 7, 2005, be continued to November 18, 2005 at 8:30 a.m; and

2. The deadline for submission of discovery plan and initial disclosures pursuant to Fed. R. Civ. P. 26, currently September 30, 2005, be continued to November 1, 2005.

Date: August 23, 2005

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

40908918.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**[PROPOSED] ORDER**