James B. Rhoads (GA BN 602050)
BENJAMIN FRANKLIN LEGAL FOUNDATION, INC.
Suite 300 One Alliance Center
3500 Lenox Road, N.E.
Atlanta, GA 30326
Telephone: (404) 897-1800

Arnold R. Levinson (SBN 066583)
Terrence J. Coleman (SBN172183)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, Thirty-First Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff,
RICHARD P. WELLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>　　　　Defendants. | Case No. C 05-01229 CRB<br><br>**[PROPOSED] STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED by and through the parties respective counsel of record that, due to a medical emergency of Plaintiff's counsel James B. Rhoads, the deadline for Plaintiff to respond to Defendant's Motion to Dismiss and Motion to Strike Amended Complaint shall be extended until September 6, 2005. All other briefing and hearing dates shall remain unchanged.

| | |
|---|---|
| **IT IS SO STIPULATED.** | |
| Dated: August 25, 2005 | BENJAMIN FRANKLIN LEGAL FOUNDATION, INC |
| | By: *s/ James B. Rhoads* <br> James B. Rhoads, Esq. <br> Attorneys for Plaintiff, <br> JAMES B. WELLS |
| Dated: August 25, 2005 | MANATT, PHELPS & PHILLIPS, LLP |
| | By: *s/ Gregory N. Pimstone* <br> Gregory N. Pimstone, Esq. <br> Attorney for Defendants, <br> CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA |

**ORDER**

**SO ORDERED:**

Dated:   August 26, 2005

_____
Hon. Charles R. Breyer
United States District Judge

*APPROVED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*