MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (BAR NO. CA 150203)
ANDREW L. SATENBERG (BAR NO. CA 174840)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
California Physicians' Service,
dba Blue Shield Of California

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR SUBMISSION OF REPLY BRIEF;**<br><br>**[PROPOSED] ORDER THEREON** |

WHEREAS, the hearing upon Defendant's motion to dismiss the First Amended Complaint (the "Motion to Dismiss") is currently set for October 7, 2005.

WHEREAS, due to a medical emergency that befell Plaintiff's counsel, James B. Rhoads, the parties stipulated to extend Defendant's deadline for submission of the opposition to the Motion to Dismiss.

WHEREAS, the Defendant requires a brief extension of time to complete its reply to the opposition and whereas the Court will still have two (2) full weeks prior to the hearing on the Motion to Dismiss within which to review the reply brief;

IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that:

1. The deadline for Defendant to file and serve its reply brief upon its Motion to Dismiss is extended from September 16, 2005 to September 23, 2005.

Plaintiff and Defendant further stipulate and agree that this Stipulation may be e-filed or signed in counterparts, and facsimile signatures shall have the same force and effect as originals.

This request is not being made for the purposes of delay.

Plaintiff and Defendant jointly request that the Court enter an order in conformance with their stipulation (see attached proposed order).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated September 15, 2005 | Dated September 15, 2005 |
| MANATT, PHELPS & PHILLIPS, LLP<br>GREGORY N. PIMSTONE<br>ANDREW L. SATENBERG | BENJAMIN FRANKLIN LEGAL FOUNDATION |
| By: s/ Andrew L. Satenberg<br>     Andrew L. Satenberg<br>*Attorneys for Defendant*<br>CALIFORNIA PHYSICIANS' SERVICE,<br>dba BLUE SHIELD OF CALIFORNIA | By: s/ James B. Rhoads<br>     James B. Rhoads<br>*Attorney for Plaintiff*<br>RICHARD P. WELLS |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew L. Satenberg hereby attests that concurrence in the filing of this document has been obtained.*

# **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT

1. The deadline for Defendant to file and serve its reply brief upon its Motion to Dismiss is extended from September 16, 2005 to September 23, 2005.

Date: September 16, 2005

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

40922895.1