MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
ANDREW L. SATENBERG (BAR NO. CA 174840)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
California Physicians' Service,
dba Blue Shield Of California

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1     WHEREAS, a Case Management Conference in the above-captioned matter is currently set for December 9, 2005.

    WHEREAS, a Settlement Conference in this matter was previously set for November 21, 2005, before Magistrate Judge Spero.

    WHEREAS, the parties previously agreed, in conjunction with Judge Spero, to continue the Settlement Conference in order to provide the parties with an opportunity to engage in preliminary discussions and an exchange of information in advance of the Settlement Conference.

    WHEREAS the parties are informed and believe that Judge Spero discussed this issue with this Court prior to continuing the Settlement Conference.

    WHEREAS the Settlement Conference has been rescheduled for February 9, 2006, at 9:30 a.m., with updated Settlement Conference Briefs to be lodged with Judge Spero no later than February 2, 2006.

    WHEREAS the parties believe that the Case Management Conference in this matter will be most productive following the Settlement Conference.

    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that the Case Management Conference in this action, currently set for December 9, 2005, be continued to February 17, 2006, or as soon thereafter as the Court may deem appropriate.

    Plaintiff and Defendant further stipulate and agree that this Stipulation may be signed in counterparts, and facsimile signatures shall have the same force and effect as originals.

    This request is not being made for the purposes of delay.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS SO STIPULATED.

                           MANATT, PHELPS & PHILLIPS, LLP
                           GREGORY N. PIMSTONE
                           ANDREW L. SATENBERG

Dated: December 7, 2005              By: s/ Andrew L. Satenberg
                           Andrew L. Satenberg
                           *Attorneys for Defendant*
                           CALIFORNIA PHYSICIANS' SERVICE,
                           dba BLUE SHIELD OF CALIFORNIA


                           BENJAMIN FRANKLIN LEGAL
                           FOUNDATION

Dated: December 7, 2005              By: s/ James B. Rhoads
                           James B. Rhoads
                           *Attorney for Plaintiff*
                           RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew L. Satenberg hereby attests that concurrence in the filing of this document has been obtained.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Case Management Conference in this action, currently set for December 9, 2005, be continued to ____February 17__, 2006 at 8:30 a.m.

Date: __December 08, 2005__

_____
THE HONORABLE CHARLES R. BREYER

APPROVED
Judge Charles R. Breyer
United States District Court
Northern District of California

40894802.1

3

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. C05-1229 CRB**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES