MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (BAR NO. CA 150203)
ANDREW L. SATENBERG (BAR. NO. CA 174840)
TRAVIS A. CORDER (BAR NO. CA 237575)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
California Physicians' Service,
dba Blue Shield Of California

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

| | |
|---|---|
| 1 | WHEREAS, a Case Management Conference in the above-captioned matter is currently |
| 2 | set for February 17, 2006. |
| 3 | WHEREAS, a Settlement Conference in this matter was previously set for February 9, |
| 4 | 2006, before Magistrate Judge Spero. |
| 5 | WHEREAS, due to a trial conflict arising in his calendar, Judge Spero has rescheduled the |
| 6 | Settlement Conference for March 27, 2006, at 9:30 a.m., with updated Settlement Conference |
| 7 | Briefs to be lodged with Judge Spero no later than March 13, 2006. |
| 8 | WHEREAS the parties believe that the Case Management Conference in this matter will |
| 9 | be most productive following the Settlement Conference. |
| 10 | NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and |
| 11 | Defendant, through their respective attorneys of record, that the Case Management Conference in |
| 12 | this action, currently set for February 17, 2006, be continued to April 3, 2006, or as soon |
| 13 | thereafter as the Court may deem appropriate. |
| 14 | Plaintiff and Defendant further stipulate and agree that this Stipulation may be signed in |
| 15 | counterparts, and facsimile signatures shall have the same force and effect as originals. |
| 16 | This request is not being made for the purposes of delay. |

IT IS SO STIPULATED.

|   |   |
|---|---|
|   | MANATT, PHELPS & PHILLIPS, LLP<br>GREGORY N. PIMSTONE<br>ANDREW L. SATENBERG<br>TRAVIS A. CORDER |
| Dated: February 2, 2006 | By: s/ Travis A. Corder<br>Travis A. Corder<br>*Attorneys for Defendant*<br>CALIFORNIA PHYSICIANS' SERVICE,<br>dba BLUE SHIELD OF CALIFORNIA |
|   | BENJAMIN FRANKLIN LEGAL<br>FOUNDATION |
| Dated: February 2, 2006 | By: s/ James B. Rhoads<br>James B. Rhoads<br>*Attorney for Plaintiff*<br>RICHARD P. WELLS |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Travis A. Corder hereby attests that concurrence in the filing of this document has been obtained.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Case Management Conference in this action, currently set for February 17, 2006, be continued to April 7, 2006 at 8:30 a.m.

Date: February 3, 2006

THE HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

40967367.1

3

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. C05-1229 CRB**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES