MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (BAR NO. CA 150203)
ANDREW L. SATENBERG (BAR. NO. CA 174840)
TRAVIS A. CORDER (BAR NO. CA 237575)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
California Physicians' Service,
dba Blue Shield Of California

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1   WHEREAS, a Case Management Conference in the above-captioned matter is currently

2   set for April 6, 2006.

3   WHEREAS, a Settlement Conference in this matter was previously set for March 27,

4   2006, before Magistrate Judge Spero.

5   WHEREAS, due to a conflict arising in another matter, Judge Spero rescheduled the

6   Settlement Conference for May 22, 2006, at 9:30 a.m., with updated Settlement Conference

7   Statements to be lodged with Judge Spero no later than May 9, 2006.

8   WHEREAS the parties believe that the Case Management Conference in this matter will

9   be most productive following the Settlement Conference.

10  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and

11  Defendant, through their respective attorneys of record, that the Case Management Conference in

12  this action, currently set for April 6, 2006, be continued to June 2, 2006, or as soon thereafter as

13  the Court may deem appropriate.

14  Plaintiff and Defendant further stipulate and agree that this Stipulation may be signed in

15  counterparts, and facsimile signatures shall have the same force and effect as originals.

16  This request is not being made for the purposes of delay.

2

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. C05 1229 CRB**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS SO STIPULATED.

                                         MANATT, PHELPS & PHILLIPS, LLP
                                         GREGORY N. PIMSTONE
                                         ANDREW L. SATENBERG
                                         TRAVIS A. CORDER

Dated: March 24, 2006                         By: s/ Travis A. Corder
                                         Travis A. Corder
                                         *Attorneys for Defendant*
                                         CALIFORNIA PHYSICIANS' SERVICE,
                                         dba BLUE SHIELD OF CALIFORNIA


                                         BENJAMIN FRANKLIN LEGAL
                                         FOUNDATION

Dated: March 24, 2006                         By: s/ James B. Rhoads
                                         James B. Rhoads
                                         *Attorney for Plaintiff*
                                         RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Travis A. Corder hereby attests that concurrence in the filing of this document has been obtained.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Case Management Conference in this action, currently set for April 6, 2006, be continued to ____June 16, 2006____ at _8:30 a.m._

Date: March 28, 2006

_____
HON. CHARLES R. BREYER

**DENIED**
Judge Charles R. Breyer

40984436.1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. C05 1229 CRB**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES