UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD P. WELLS,

        Plaintiff(s),

   v.

CALIFORNIA PHYSICIANS' SERVICE,

        Defendant(s).
_____/

No. C-05-1229 CRB (JCS)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

**(E-FILING CASE)**

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for **November 28, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the undersigned's chambers by **November 21, 2006.** Lead trial counsel shall appear at the conference with the parties who have unlimited authority to negotiate and settle the case.

    The parties shall notify chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's October 11, 2005 Notice of Settlement Conference and Settlement Conference Order remain in effect.

    IT IS SO ORDERED.

Dated: September 28, 2006

                                              JOSEPH C. SPERO
                                              United States Magistrate Judge