IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>**Case Management Conference:**<br>Date: October 20, 2006<br>Time: 8:30 a.m.<br>Place: Courtroom 8 |

IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

WHEREAS, a Case Management Conference in the above-captioned matter is currently set for 8:30 a.m. on October 20, 2006;

WHEREAS, all parties and their counsel participated in a Settlement Conference in this matter before Magistrate Judge Joseph C. Spero on September 28, 2006;

WHEREAS, James Rhoads, lead counsel for Plaintiff is based in Atlanta, Georgia;

WHEREAS, Adam Pines, lead counsel for Blue Shield, is based in Los Angeles, California;

WHEREAS, counsel and the parties spent significant time with each other and working on this action at depositions and the Settlement Conference on September 26-28, 2006; and

WHEREAS, allowing counsel for the parties to appear by telephone at the October 20, 2006 Case Management Conference will save the parties significant expense without any prejudice to the case or the Court,

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

1. Counsel for Plaintiff may appear by telephone at the October 20, 2006 Case Management Conference. Mr. Rhoads will be available at telephone number (404) 723-8397 between 8:30 and 10:00 a.m. (PST) on October 20, 2006; and

2. Counsel for Blue Shield may appear by telephone at the October 20,

1  2006 Case Management Conference.  Mr. Pines will be available at telephone
2  number (310) 312-4322 between 8:30 and 10:00 a.m. (PST) on October 20, 2006.
3        IT IS SO STIPULATED.

|                          |                                              |
|--------------------------|----------------------------------------------|
|                          | MANATT, PHELPS & PHILLIPS, LLP               |
|                          | GREGORY N. PIMSTONE                          |
|                          | ADAM PINES                                   |
|                          | TRAVIS A. CORDER                             |
| Dated: October 2, 2006   | By: s/ Adam Pines                            |
|                          | Adam Pines                                   |
|                          | *Attorneys for Defendant*                    |
|                          | CALIFORNIA PHYSICIANS' SERVICE,              |
|                          | dba BLUE SHIELD OF CALIFORNIA                |
|                          |                                              |
|                          | BENJAMIN FRANKLIN LEGAL FOUNDATION           |
| Dated: October 2, 2006   | By: s/ James B. Rhoads                       |
|                          | James B. Rhoads                              |
|                          | *Attorney for Plaintiff*                     |
|                          | RICHARD P. WELLS                             |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Date: Oct. 03, 2006

United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

41045190.1

3