IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**Settlement Conference:**<br>Date: November 28, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom A |

IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

WHEREAS, a Settlement Conference in the above-captioned matter is currently scheduled for 9:30 a.m. on November 28, 2006;

WHEREAS, all parties and their counsel participated in a Case Management Conference in this matter before Magistrate Judge Charles R. Bryer on October 20, 2006;

WHEREAS, on October 17, 2006, the Ninth Circuit Court of Appeals issued an opinion in *Glanton v. Advancepcs, Inc.*, 2006 DJDAR 13934, which addressed, among other things, the question of whether an ERISA plan participant who has suffered no judicially cognizable injury may maintain an action against the plan's fiduciaries for injunctive relief under ERISA;

WHEREAS, Defendant believes the holding in *Glanton* may be dispositive of Plaintiff's remaining claims in this action;

WHEREAS, the Court at the October 20, 2006 Case Management Conference continued all pending dates to permit Blue Shield to bring a motion for summary judgment under *Glanton* once that opinion becomes final;

WHEREAS, Blue Shield intends to file a motion for summary judgment on or about December 1, 2006;

WHEREAS, Blue Shield's motion for summary judgment will not be heard until January 2007; and

WHEREAS, the parties will not be able to participate in a meaningful continued settlement conference until the Court has ruled on the applicability of *Glanton* to this action,

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

1. The Settlement Conference presently scheduled for 9:30 a.m. on November 28, 2006 is continued to 9:30 a.m. on February 6, 2007.

IT IS SO STIPULATED.

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ADAM PINES
TRAVIS A. CORDER

Dated: November 17, 2006

By: s/ Adam Pines
Adam Pines
*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA

BENJAMIN FRANKLIN LEGAL FOUNDATION

Dated: November 17, 2006

By: s/ James B. Rhoads
James B. Rhoads
*Attorney for Plaintiff*
RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Date: 11/27/06

United States ~~District~~ Judge
Magistrate

*Judge Joseph C. Spero*

41060378.2