IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference:**<br>Date: December 8, 2006<br>Time: 8:30 a.m.<br>Place: Courtroom 8 |

IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for 8:30 a.m. on December 8, 2006;

| | |
|---|---|
| 1 | WHEREAS, all parties and their counsel participated in a Case Management |
| 2 | Conference in this matter on October 20, 2006; |
| 3 | WHEREAS, on October 17, 2006, the Ninth Circuit Court of Appeals issued |
| 4 | an opinion in *Glanton v. Advancepcs, Inc.*, 465 F.3d 1123 (9th Cir. 2006), which |
| 5 | addressed, among other things, the question of whether an ERISA plan participant |
| 6 | who has suffered no injury in fact may maintain an action against the plan's |
| 7 | fiduciaries for injunctive relief under ERISA; |
| 8 | WHEREAS, Defendant believes the holding in *Glanton* may be dispositive |
| 9 | of Plaintiff's remaining claims in this action; |
| 10 | WHEREAS, the Court at the October 20, 2006 Case Management |
| 11 | Conference continued all pending dates to permit Blue Shield to bring a motion for |
| 12 | summary judgment under *Glanton* once that opinion becomes final; |
| 13 | WHEREAS, the appellant in the *Glanton* action filed petitions for panel |
| 14 | rehearing and for rehearing en banc on October 31, 2006; |
| 15 | WHEREAS, the Ninth Circuit has not yet ruled on the *Glanton* appellant's |
| 16 | petitions for panel rehearing or for rehearing en banc; |
| 17 | WHEREAS, Blue Shield intends to file a motion for summary judgment soon |
| 18 | after the *Glanton* opinion is final; |
| 19 | WHEREAS, counsel for Plaintiff is currently under medical care for a heart |
| 20 | condition and may need surgery in the near future; and |
| 21 | WHEREAS, it will not be possible for Blue Shield's motion for summary |
| 22 | judgment to be heard until mid-February 2007 at the earliest; and |
| 23 | WHEREAS, the parties will not be able to participate in a meaningful |
| 24 | continued Case Management Conference until the Court has ruled on the |
| 25 | applicability of *Glanton* to this action, |
| 26 | NOW, THEREFORE, and based upon the above recitals, it is hereby agreed |
| 27 | and stipulated by the parties hereto, through their respective attorneys of record, |
| 28 | that: |

1. The Case Management Conference presently scheduled for 8:30 a.m. on December 8, 2006 is continued to 8:30 a.m. on March 2, 2007.

IT IS SO STIPULATED.

          MANATT, PHELPS & PHILLIPS, LLP
          GREGORY N. PIMSTONE
          ADAM PINES
          TRAVIS A. CORDER

Dated: December 4, 2006          By: s/ Adam Pines
          Adam Pines
*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE,
dba BLUE SHIELD OF CALIFORNIA

BENJAMIN FRANKLIN LEGAL FOUNDATION

Dated: December 4, 2006          By: s/ James B. Rhoads
          James B. Rhoads
*Attorney for Plaintiff*
RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Date: December 4, 2006          United States District

41064767.1

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. C05 1229 CRB**