IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**Settlement Conference:**<br>Date: February 6, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A |

IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

WHEREAS, a Settlement Conference in the above-captioned matter is currently scheduled for 9:30 a.m. on February 6, 2007;

1 | WHEREAS, all parties and their counsel participated in a Case Management Conference in this matter before Magistrate Judge Charles R. Bryer on October 20, 2006;

WHEREAS, on October 17, 2006, the Ninth Circuit Court of Appeals issued an opinion in *Glanton v. Advancepcs, Inc.*, 2006 DJDAR 13934, which addressed, among other things, the question of whether an ERISA plan participant who has suffered no judicially cognizable injury may maintain an action against the plan's fiduciaries for injunctive relief under ERISA;

WHEREAS, Defendant believes the holding in *Glanton* may be dispositive of Plaintiff's remaining claims in this action;

WHEREAS, the Court at the October 20, 2006 Case Management Conference continued all pending dates to permit Blue Shield to bring a motion for summary judgment under *Glanton* once that opinion becomes final;

WHEREAS, the appellant in the *Glanton* action filed petitions for panel rehearing and for rehearing en banc on October 31, 2006;

WHEREAS, the Ninth Circuit denied the *Glanton* appellant's petitions for panel rehearing and for rehearing en banc on January 8, 2007;

WHEREAS, the Ninth Circuit is expected to issue its mandate in *Glanton* on or about January 22, 2007;

WHEREAS, Blue Shield intends to file a motion for summary judgment shortly after the *Glanton* opinion is final;

WHEREAS, it will not be possible for Blue Shield's motion for summary judgment to be heard until Mid-March 2007 at the earliest; and

WHEREAS, the parties will not be able to participate in a meaningful continued Settlement Conference until the Court has ruled on the applicability of *Glanton* to this action,

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

1. The Settlement Conference presently scheduled for 9:30 a.m. on February 6, 2007 is continued to 9:30 a.m. on March 20, 2007.

IT IS SO STIPULATED.

        MANATT, PHELPS & PHILLIPS, LLP
        GREGORY N. PIMSTONE
        ADAM PINES
        TRAVIS A. CORDER

Dated: January 22, 2007    By: s/ Adam Pines
        Adam Pines
        *Attorneys for Defendant*
        CALIFORNIA PHYSICIANS' SERVICE,
        dba BLUE SHIELD OF CALIFORNIA

        BENJAMIN FRANKLIN LEGAL
        FOUNDATION

Dated: January 22, 2007    By: s/ James B. Rhoads
        James B. Rhoads
        *Attorney for Plaintiff*
        RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Date: January 22, 2007

United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

41078720.1