IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference:**<br>Date: March 2, 2007<br>Time: 8:30 a.m.<br>Place: Courtroom 8 |

1     IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

    WHEREAS, a Case Management Conference in the above-captioned matter is currently scheduled for 8:30 a.m. on March 2, 2007;

    WHEREAS, Blue Shield has filed a motion for summary judgment in this action, which is currently set for hearing before this Court on March 16, 2007;

    WHEREAS, James Rhoads, lead counsel for Plaintiff is based in Atlanta, Georgia;

    WHEREAS, Adam Pines, lead counsel for Blue Shield, is based in Los Angeles, California;

    WHEREAS, continuing the March 2, 2007 Case Management Conference to coincide with Blue Shield's motion for summary judgment will save the parties significant expense without any prejudice to the case or the Court,

    NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

///

///

///

1. The Case Management Conference presently scheduled for 8:30 a.m. on March 2, 2007 is continued to ~~8:30~~ 10:00 a.m. on March 16, 2007.

IT IS SO STIPULATED.

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ADAM PINES
TRAVIS A. CORDER

Dated: February 15, 2007          By: s/ Adam Pines
                                      Adam Pines
                                  *Attorneys for Defendant*
                                  CALIFORNIA PHYSICIANS' SERVICE,
                                  dba BLUE SHIELD OF CALIFORNIA

BENJAMIN FRANKLIN LEGAL
FOUNDATION

Dated: February 15, 2007          By: s/ James B. Rhoads
                                      James B. Rhoads
                                  *Attorney for Plaintiff*
                                  RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

IT IS SO ORDERED.

Date: February 26, 2007
                                      United States District Judge

41064767.1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

3