# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**Settlement Conference:**<br>Date: March 20, 2007<br>Time: 1:30 p.m.<br>Place: Courtroom A |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in |
| 2 | his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, |
| 3 | and as guardian of his minor children ("Plaintiff") and defendant California |
| 4 | Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their |
| 5 | respective counsel of record, as follows: |
| 6 | WHEREAS, a Settlement Conference in the above-captioned matter is |
| 7 | currently scheduled for 1:30 p.m. on March 20, 2007; |
| 8 | WHEREAS, Blue Shield has filed a motion for summary judgment in this |
| 9 | matter that is now fully briefed and set for hearing before Judge Charles R. Bryer |
| 10 | on March 16, 2007; |
| 11 | WHEREAS, if Blue Shield's motion is granted, the trial court phase of this |
| 12 | action will be over; |
| 13 | WHEREAS, if Blue Shield's motion is denied, Blue Shield will need more |
| 14 | than two days to prepare for a meaningful settlement conference; |
| 15 | NOW, THEREFORE, and based upon the above recitals, it is hereby agreed |
| 16 | and stipulated by the parties hereto, through their respective attorneys of record, |
| 17 | that: |
| 18 | /// |
| 19 | /// |
| 20 | /// |

1. The Settlement Conference presently scheduled for 1:30 p.m. on March 20, 2007 is continued to 9:30 a.m. on April 17, 2007.

IT IS SO STIPULATED.

<pre>
                                        MANATT, PHELPS & PHILLIPS, LLP
                                        GREGORY N. PIMSTONE
                                        ADAM PINES
                                        TRAVIS A. CORDER


Dated:  March 7, 2007                   By: s/ Adam Pines
                                              Adam Pines
                                        *Attorneys for Defendant*
                                        CALIFORNIA PHYSICIANS' SERVICE,
                                        dba BLUE SHIELD OF CALIFORNIA


                                        BENJAMIN FRANKLIN LEGAL
                                        FOUNDATION


Dated:  March 7, 2007                   By: s/ James B. Rhoads
                                              James B. Rhoads
                                        *Attorney for Plaintiff*
                                        RICHARD P. WELLS
</pre>

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Date: March 12, 2007                    United ~~~ ge

*[Signature stamp: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]*

41093838.1

3