IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**Settlement Conference:**<br>Date: April 24, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A |

IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

WHEREAS, a Settlement Conference in the above-captioned matter is currently scheduled for 9:30 a.m. on April 24, 2007;

WHEREAS, the Court denied Blue Shield's motion for summary judgment based on Plaintiff's standing in an order dated March 26, 2007;

| | |
|---|---|
| 1 | WHEREAS, the parties believe that additional discovery and depositions |
| 2 | should be conducted before continuing to pursue settlement in this action; |
| 3 | WHEREAS, the parties intend to conduct significant discovery and |
| 4 | depositions during the next 90 days; |
| 5 | NOW, THEREFORE, and based upon the above recitals, it is hereby agreed |
| 6 | and stipulated by the parties hereto, through their respective attorneys of record, |
| 7 | that: |
| 8 | 1. The Settlement Conference presently scheduled for 9:30 a.m. on April |
| 9 | 24, 2007 is continued to July 24, 2007 at 9:30 a.m. |
| 10 | IT IS SO STIPULATED. |

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ADAM PINES
TRAVIS A. CORDER

Dated: April 16, 2007          By: s/ Adam Pines
                                   Adam Pines
                               *Attorneys for Defendant*
                               CALIFORNIA PHYSICIANS' SERVICE,
                               dba BLUE SHIELD OF CALIFORNIA

BENJAMIN FRANKLIN LEGAL
FOUNDATION

Dated: April 16, 2007          By: s/ James B. Rhoads
                                   James B. Rhoads
                               *Attorney for Plaintiff*
                               RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

## **ORDER**

IT IS SO ORDERED. Updated Sett. Conf. Stmts. to be lodged by July 17, 2007.

Date: April 17, 2007          United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Joseph C. Spero]*

41105415.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE
CASE NO. C05 1229 CRB