1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD P. WELLS, For Himself          Case No.  C 05 1229 CRB
     And In His Representative Capacity
12   As Administrator of the Estate of      **STIPULATION AND [PROPOSED]**
     Marilyn Wells, Decedent, and As        **ORDER CONTINUING**
13   Guardian of His Minor Children,         **SETTLEMENT CONFERENCE**

14                Plaintiff,                 **Settlement Conference:**
                                             Date:  July 24, 2007
15          vs.                              Time: 9:30 a.m.
                                             Place: Courtroom A
16   CALIFORNIA PHYSICIANS'
     SERVICE, dba BLUE SHIELD OF
17   CALIFORNIA,

18                Defendants.

19

20          IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in

21   his individual capacity, as administrator of the Estate of Marilyn Wells, decedent,

22   and as guardian of his minor children ("Plaintiff") and defendant California

23   Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their

24   respective counsel of record, as follows:

25          WHEREAS, a Settlement Conference in the above-captioned matter is

26   currently scheduled for 9:30 a.m. on July 24, 2007;

27          WHEREAS, the Court denied Blue Shield's motion for summary judgment

28   based on Plaintiff's standing in an order dated March 26, 2007;

WHEREAS, Plaintiff's Counsel has been under medical care for Coronary Artery Disease since 1980 and for Type 2 diabetes since 1991. He has had quintuple by-pass surgery in 1981, quadruple by-pass surgery in 1991 and angioplasties and stent procedures in 1999, 2001, 2004 and 2005. In 2004, after suffering coronary arrest, he had an internal defibrillator implanted, and in 2005, that defibrillator was replaced. In late November, 2006, his right coronary artery bypass graft occluded, and that is now inoperable. Nonetheless, he has continued to practice law with the help of his physicians and the best medical care he can obtain;

WHEREAS from early February, 2007 until June 30, 2007, Plaintiff's Counsel experienced symptoms of diabetes and congestive heart failure, including hypoglycemia, edema, shortness of breath, heart palpitations, and fatigue preventing him, among other things, from traveling by air, and has been under medical care for all of these symptoms and conditions which it is now known were caused in part by side effects from prescribed medications;

WHEREAS, because of such symptoms and conditions, Plaintiff's Counsel has been unable to conduct the contemplated discovery in this case;

WHEREAS, Plaintiff's Counsel and his physicians have now modified his drug regimen so as to alleviate materially the adverse side effects of his medications;

WHEREAS, Plaintiff's Counsel is now able to travel and carry on a reasonably full schedule, including conducting the contemplated discovery;

WHEREAS, the parties continue to believe that additional discovery and depositions should be conducted before continuing to pursue settlement in this action;

WHEREAS, the parties intend to conduct significant discovery and depositions during the next 90 days;

2

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

1. The Settlement Conference presently scheduled for 9:30 a.m. on July 24, 2007 is continued to October 25, 2007 at 9:30 a.m., or such other later time as Magistrate Judge Spero may direct.

IT IS SO STIPULATED.

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ADAM PINES
TRAVIS A. CORDER

Dated: July 19, 2007          By: s/ Adam Pines
_____
Adam Pines
*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE,
dba BLUE SHIELD OF CALIFORNIA

BENJAMIN FRANKLIN LEGAL
FOUNDATION

Dated: July 19, 2007          By: s/ James B. Rhoads
_____
James B. Rhoads
*Attorney for Plaintiff*
RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

IT IS SO ORDERED.

Date: __July 23, 2007_____          _____
United States District Judge

41138380.1

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3