IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD P. WELLS, et al.,

    Plaintiff,

v.

CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,

    Defendant.

No. C 05-01229 CRB

**ORDER TO APPEAR FOR FURTHER CMC**

    This case has been pending for well over two years. The Court previously dismissed all of plaintiffs' ERISA claims, except their claim for injunctive relief. By Memorandum and Order filed March 26, 2007, the Court denied defendant's motion for summary judgment on standing grounds. The parties are directed to appear for a further Case Management Conference at 8:30 a.m. on Friday, November 30, 2007. Counsel shall appear in person. Failure to appear may result in sanctions, including dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Dated: October 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1229\orderresjdeadline.wpd