UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD P. WELLS,   No. C-05-01229 CRB (JCS)

    Plaintiff(s),

  v.   **ORDER VACATING FURTHER SETTLEMENT CONFERENCE**

CALIFORNIA PHYSICIANS' SERVICE,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

At the joint request of the parties, the Court hereby vacates the Further Settlement Conference currently scheduled for October 25, 2007, at 9:30 a.m. The Court will reschedule the conference after the next case management conference before Judge Breyer.

IT IS SO ORDERED.

Dated: October 23, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge