IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, For Himself And In His Representative Capacity As Administrator of the Estate of Marilyn Wells, Decedent, and As Guardian of His Minor Children,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendants. | Case No. C 05 1229 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>**Case Management Conference:**<br>Date:   November 30, 2007<br>Time:   8:30 a.m.<br>Place:  Courtroom 8 |

1     IT IS HEREBY STIPULATED by and between plaintiff Richard P. Wells, in his individual capacity, as administrator of the Estate of Marilyn Wells, decedent, and as guardian of his minor children ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California's ("Blue Shield"), through their respective counsel of record, as follows:

    WHEREAS, a Case Management Conference in the above-captioned matter is currently set for 8:30 a.m. on November 30, 2007;

    WHEREAS, James Rhoads, lead counsel for Plaintiff is based in Atlanta, Georgia;

    WHEREAS, Adam Pines, lead counsel for Blue Shield, is based in Los Angeles, California;

    WHEREAS, allowing counsel for the parties to appear by telephone at the November 30, 2007 Case Management Conference will save the parties significant expense without any prejudice to the case or the Court,

    NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

    1.     Counsel for Plaintiff may appear by telephone at the November 30, 2007 Case Management Conference. Mr. Rhoads will be available at telephone number (404) 723-8397 between 8:30 and 10:00 a.m. (PST) on November 30, 2007; and

2. Counsel for Blue Shield may appear by telephone at the October 20, 2006 Case Management Conference. Mr. Pines will be available at telephone number (310) 312-4322 between 8:30 and 10:00 a.m. (PST) on November 30, 2007.

IT IS SO STIPULATED.

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ADAM PINES
TRAVIS A. CORDER

Dated: November 12, 2007  By: s/ Adam Pines
                              Adam Pines
*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE,
dba BLUE SHIELD OF CALIFORNIA

BENJAMIN FRANKLIN LEGAL FOUNDATION

Dated: November 12, 2007  By: s/ James B. Rhoads
                              James B. Rhoads
*Attorney for Plaintiff*
RICHARD P. WELLS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Date: November 16, 2007
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

41176576.1

3

STIPULATION AND [PROPOSED] ORDER ALLOWING
COUNSEL TO APPEAR AT CMC BY TELEPHONE
CASE NO. C05 1229 CRB