IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. WELLS, | No. C 05-01229 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA, | |
| Defendant. / | |

The Court having granted Defendant's motion for summary judgment on Plaintiff's remaining claim for injunctive relief, judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 24, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1229\judgment.wpd